ACCEPTED
05-14-00517-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/6/2015 3:25:38 PM
LISA MATZ
CLERK

## NO. 05-14-00517-CR

| | | |
|---|---|---|
| ARIANNA LINDSAY | § | IN THE COURT OF APPEALS |
| vs. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED
5th COURT OF APPEALS
DALLAS, TEXAS
10/6/2015 3:25:38 PM
LISA MATZ
Clerk

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended from April 29, 2015 to October 6, 2015. *See* TEX. R. APP. P. 38.6(d). In support of this motion, the State would show the following:

Appellant entered a plea of guilty the offense of causing serious bodily injury to a child. After a punishment hearing, the trial court sentenced appellant to eighteen years' imprisonment. Judgment was entered on April 3, 2014. Appellant's brief was originally due on October 29, 2014. After requesting and receiving two extensions, Appellant's brief was ultimately filed on February 28, 2015. After requesting and receiving one thirty-day extension, the State's brief was due, under Rule 38.6(b) of the Texas Rules of Appellate Procedure, on April 29, 2015. This case will be submitted to the Court on November 4, 2015.

Good cause justifies the granting of this extension. Due to this attorney's existing docket, the State requests an extension of time from April 29, 2015 until

October 6, 2015, in which to file its brief.  Counsel has prepared the State's brief in this case as expeditiously as possible without sacrificing quality and tenders the brief for filing with this motion.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing its brief be extended until October 6, 2015.

Respectfully submitted,

**Susan Hawk**
Criminal District Attorney
Dallas County

**Laura Anne Coats**
Assistant District Attorney
State Bar No. 00790476
Frank Crowley Courts Building
133 N. Riverfront Blvd.,LB19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
LAURA.COATS@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing  was served on Riann C. Moore, Counsel for Appellant, Dallas County Public Defender's Office by email pursuant to the efiling system on at Riann.Moore@dallascounty.org, on October 6, 2015.

Laura Anne Coats

# CERTIFICATE OF WORD COMPLAINCE

I hereby certify that the foregoing motion is 393 words in length according to Microsoft Word, which was used to prepare the brief. *See* Tex. R. App. P. 73.3; Tex. R. App. P. 73.1(f).

_____

LAURA ANNE COATS